IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| MATT JONES | NO. 19-39 |

**O R D E R**

**AND NOW**, this  25th  day of  June , 2019, upon consideration of Defendant's Motion to Suppress Physical Evidence (ECF No. 38), and all documents submitted in support thereof and in opposition thereto, and after an evidentiary hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

R. BARCLAY SURRICK, J.