IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-39 |
| MATT JONES | : | |

### O R D E R

**AND NOW**, this 25th day of January 2022, upon consideration of the Government's Motion to Schedule Resentencing and New Trial (ECF No. 130), Defendant Matt Jones' Response in Opposition thereto (ECF No. 136), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**. Defendant's convictions are vacated. A new trial has been scheduled for February 7, 2022.

    **IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**