IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-39 |
| MATT JONES | : | |

# O R D E R

**AND NOW**, this 27th day of January 2022, upon consideration of the Defendant Matt Jones' Motion to Dismiss Indictment with Prejudice for Violation of the Speedy Trial Statute, 18 U.S.C. § 3161 (ECF No. 137) and the Government's Response in Opposition thereto (ECF No. 139), it is **ORDERED** that the Motion is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**