# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 19-039** |
| **MATT JONES** | : | |

## ORDER

And now this 20th day of May, 2022, upon consideration of the Government's Unopposed Motion for Dismissal of Certain Counts of the Superseding Indictment in this matter, it is hereby ORDERED that Counts Two through Four are dismissed.

BY THE COURT:

**R. BARCLAY SURRICK**
**Judge, United States District Court**