IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     :

         v.      :      CRIMINAL NO. 19-39-1

MATT JONES      :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

     AND NOW, this 25th day of August, 2022, came the attorney for the government and the defendant being present with counsel, and

☐      The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐      A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒      The jury has returned its verdict, finding the defendant not guilty as to: Counts 5s and 6s of the Indictment.

     **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

R. Barclay Surrick, J.

Cc:   U.S. Marshal
       Probation Office
       Counsel

 8/25/2022 
 Date
By Whom _____

Cr 1 (5/21)