# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-39 |
| MATT JONES | : | |

## ORDER

**AND NOW**, this 22nd day of January 2026, upon consideration of Defendant Matt Jones's *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 (ECF No. 218), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

                                                  **BY THE COURT:**

                                           */s/ R. Barclay Surrick*  \_\_\_\_\_
                                          **R. BARCLAY SURRICK, J.**